

# NUMBER 13-19-00572-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A. J. Z. J. AND A. J. Z., CHILDREN

On appeal from the 430th Judicial District
of Hidalgo County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Justice Hinojosa

This matter is before the Court on the appellant's failure to file a brief or reasonably explain the failure to do so. The appellant's brief in the above cause was due on May 26, 2020. On August 25, 2020, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of the letter, appellant reasonably explained the failure and the appellee was not

significantly injured by the appellant's failure to timely file a brief. To date, no brief has been received by the Court in this matter.

Appellant has failed to either reasonably explain the failure to file a brief, file a motion for extension of time to file a brief, or file a brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

LETICIA HINOJOSA
Justice

Delivered and filed on the
4th day of February, 2021.